

**ACLJ**
American Center
for **Law & Justice**
★

February 25, 2021

Office of Information Programs and Services (IPS)
A/GIS/IPS/RL
U.S. Department of State, State Annex 2 (SA-2)
515 22nd Street, NW
Washington, DC 20522-8100
Telephone: (202) 261-8484
Facsimile: (202) 261-8579

**RE:   FOIA Request Regarding Current Government Officials Conducting Shadow Diplomacy With Iran, While They Were Not Government Officials**

To Whom it May Concern:

This letter is a request ("Request") in accordance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and the corresponding department/agency implementing regulations.

The Request is made by the American Center for Law and Justice ("ACLJ")[1] on behalf of its members. The ACLJ respectfully seeks expedited processing and a waiver of fees related to this Request as set forth in an accompanying memorandum.

To summarize, this Request seeks records pertaining to the U.S. Department of State's knowledge and efforts surrounding the breaking story that current government officials, like former Secretary of State John Kerry, conducted shadow diplomacy with Iran and its surrogates, or even advancing pro-Iran causes, all while these officials were not members or representatives of the U.S. government.

## Background

Pursuant to State Department FOIA regulation 22 C.F.R. § 171.4(b), this Background addresses "the subject, timeframe, names of any individuals involved, a contract number (if applicable), and reasons why the requester believes the Department may have records on the subject of the request." 22 C.F.R. § 171.4(b).

---

[1]The ACLJ is a not-for-profit 50l(c)(3) organization dedicated to the defense of constitutional liberties secured by law. The ACLJ regularly monitors governmental activity and works to inform the public of such affairs. The ACLJ and its global affiliated organizations are committed to ensuring governmental accountability and the ongoing viability of freedom and liberty in the United States and around the world.

★

According to a recent exclusive report by *the Washington Times*:

> President Trump in 2019 sought to open a back channel of communication with top Iranian officials and saw the U.N. General Assembly meeting in September as a potential opportunity to defuse escalating tension with Tehran, but the effort failed.
>
> Two months earlier, however, a different back channel was thriving in New York. Iran's smooth, English-speaking foreign minister, Mohammad Javad Zarif, met with Robert Malley, who was President Obama's Middle East adviser, in an apparent bid to undermine the Trump team and lay the groundwork for post-Trump relations.[2]

According to the story, "One of those was former Secretary of State John F. Kerry, who met with Mr. Zarif during the Trump years. So did Obama-era Energy Secretary Ernest Moniz. They, along with Mr. Malley, were top U.S. negotiators of the 2015 Joint Comprehensive Plan of Action (JCPOA)."[3] And, "Mr. Kerry and Mr. Malley are now in the Biden administration, Mr. Kerry as a climate adviser and Mr. Malley poised to play a major role in U.S.-Iranian relations from his perch as special envoy for Iran policy at the State Department."[4]

> Some foreign policy analysts argue that the shadow diplomacy between Mr. Zarif and the former Obama team was particularly striking because Iran at the time was backing plots to kill Americans stationed in neighboring Iraq and the regime was funneling money, including funds it received from sanctions relief under the JCPOA, to terrorist organizations Hamas and Hezbollah.[5]

The story continues:

> Although details of Mr. Zarif's face-to-face conversations with leading Democrats remain murky, one former senior U.S. official told The Times that the Iranian foreign minister held meetings throughout the Trump years, in 2017, 2018 and 2019, before the administration halted his visa in 2020.
>
> The underlying goals of Mr. Zarif's meetings, the official said, was "to devise a political strategy to undermine the Trump administration" and to continue building up a reservoir of support for the JCPOA, or another deal like it, that could be drawn up if a Democrat returned to the White House in 2021.

---

[2] Ben Wolfgang & Guy Taylor, *EXCLUSIVE: Biden team colluded with Iran to foil Trump diplomacy*, WASH. TIMES (Feb. 21, 2021), https://www.washingtontimes.com/news/2021/feb/21/john-kerry-held-backchannel-talks-iran-javad-zarif/.
[3] *Id.*
[4] *Id.*
[5] *Id.*

Mr. Kerry has publicly acknowledged meeting with Mr. Zarif at least twice during the early years of the Trump administration.[6]

Finally:

> "America is not just a government in the White House. America is a collection of public opinion, pressure groups and studies. These factors are pushing politics forward," Mr. Zarif told a May 2018 meeting with members of the Iranian Parliament, as quoted by the Al Arabiya news channel.
>
> One of the central organizations in the web, according to numerous sources, is the National Iranian American Council (NIAC).
>
> The group, whose website says it engages in "direct lobbying efforts" in Washington, has long supported a softer diplomatic approach toward Iran. It called the appointment of Mr. Malley to the Biden administration "a major step in putting U.S. diplomacy back in the hands of genuine professionals."[7]

Former Secretary of State Kerry has a history of these type of unofficial meetings. In 2018, for example, we learned that Kerry communicated with the leader of the Palestinian Authority (PA):

> While the White House has confirmed that since the Jerusalem Declaration there has been a complete disconnect between the Palestinian Authority and the Trump administration, it turns out that the previous administration has maintained contact with PA officials.
>
> Maariv reported that former US secretary of state John Kerry met in London with a close associate of PA President Mahmoud Abbas, Hussein Agha, for a long and open conversation about a variety of topics. Agha apparently reported details of the conversation to senior PA officials in Ramallah. A senior PA official confirmed to Maariv that the meeting took place.[8]

This meeting, and the comments reportedly made therein, made international headlines.[9]

---

[6] *Id.*

[7] *Id.*

[8] Ben Caspit/Maariv, *Kerry to Abbas Confidante: 'Stay Strong and Do Not Give In to Trump*, JERUSALEM POST (Jan. 24, 2018, 8:08), http://www.jpost.com/Arab-Israeli-Conflict/Kerry-to-Abbas-confidante-Stay-strong-and-do-not-give-in-to-Trump-539643.

[9] *See also,* https://nypost.com/2021/02/22/officials-with-ties-to-biden-have-reportedly-been-meeting-with-iran-to-undermine-trump/; https://www.foxnews.com/politics/john-kerry-iran-michael-flynn-logan-act; https://www.cnn.com/2018/05/05/politics/john-kerry-iran-deal; https://www.bostonglobe.com/news/nation/2018/05/04/kerry-quietly-seeking-salvage-iran-deal-helped-craft/2fTkGON7xvaNbO0YbHECUL/story.html; https://www.foxnews.com/politics/john-kerry-under-fire-for-reported-shadow-diplomacy-to-save-iran-deal; https://www.wsj.com/articles/trump-blasts-kerrys-shadow-diplomacy-on-iran-nuclear-deal-1525717617.

## Records Requested

For purposes of this Request, the term "record" means "any information" that qualifies under 5 U.S.C. § 552(f), and includes, but is not limited to, the original or any full, complete and unedited copy of any log, chart, list, memorandum, note, correspondence, writing of any kind, policy, procedure, guideline, agenda, handout, report, transcript, set of minutes or notes, video, photo, audio recordings, or other material. The term "record" also includes, but is not limited to, all relevant information created, stored, received or delivered in any electronic or digital format, e.g., electronic mail, instant messaging or Facebook Messenger, iMessage, text messages or any other means of communication, and any information generated, sent, received, reviewed, stored or located on a government *or private* account or server, consistent with the holdings of *Competitive Enter. Inst. v. Office of Sci. & Tech. Policy*, 827 F.3d 145 (D.C. Cir. 2016) (rejecting agency argument that emails on private email account were not under agency control, and holding, "If a department head can deprive the citizens of their right to know what his department is up to by the simple expedient of maintaining his departmental emails on an account in another domain, that purpose is hardly served.").

For purposes of this Request, the term "briefing" includes, but is not limited to, any in-person meeting, teleconference, electronic communication, or other means of gathering or communicating by which information was conveyed to one or more person.

For purposes of this Request, the term "DOS official" includes, but is not limited to, any person who is (1) employed by or on behalf of the DOS, any Mission of the United States, or any Delegation of the United States, in any capacity; (2) contracted for services by or on behalf of the DOS, any Mission of the United States, or any Delegation of the United States, in any capacity; (3) appointed by the President of the United States to serve in any capacity at or within the DOS, any Mission of the United States, or any Delegation of the United States; or (4) any such person's staff, agent or employee; all without regard to the component, bureau, or office in which that person serves.

For purposes of this Request, all sources, documents, letters, reports, briefings, articles and press releases cited in this Request are incorporated by reference as if fully set forth herein.

**For purposes of this Request, and unless otherwise indicated, the timeframe of records requested herein is <u>November 8, 2016, to the date this request is processed.</u>**

Pursuant to FOIA, 5 U.S.C. § 552 *et seq.*, ACLJ hereby requests that the DOS produce the following:

1.      **All records, communications or briefings created, generated, forwarded, transmitted, sent, shared, saved, received, or reviewed by any DOS official or employee that regard in any way John Kerry, Robert Malley, or Ernest Moniz, and Mohammad Javad Zarif or U.S. relations with Iran,** including but not limited to any record located on backup tapes, archives, any other recovery, backup, storage or retrieval system, DOS electronic mail or message accounts, non-DOS electronic mail or message accounts, personal electronic mail or message accounts, DOS servers, non-DOS servers, and personal servers, as well as any electronic mail or message carbon

4

copied to agency account recipients, any electronic mail or message carbon copied to non-agency account recipients, any electronic mail or message forwarded to agency account recipients, any electronic mail or message forwarded to non-agency account recipients, and attachments to any electronic mail or message.

2.      **All records, communications or briefings created, generated, forwarded, transmitted, sent, shared, saved, received, or reviewed by any DOS official or employee that regard in any way any U.S. person or entity conveying Iranian positions**, including but not limited to any record located on backup tapes, archives, any other recovery, backup, storage or retrieval system, DOS electronic mail or message accounts, non-DOS electronic mail or message accounts, personal electronic mail or message accounts, DOS servers, non-DOS servers, and personal servers, as well as any electronic mail or message carbon copied to agency account recipients, any electronic mail or message carbon copied to non-agency account recipients, any electronic mail or message forwarded to agency account recipients, any electronic mail or message forwarded to non-agency account recipients, and attachments to any electronic mail or message.

3.      **All records, communications or briefings created, generated, forwarded, transmitted, sent, shared, saved, received, or reviewed by any DOS official or employee that regard in any way any potential U.S. policy on Iran that was contrary to the Trump Administration's policy on Iran**, including but not limited to any record located on backup tapes, archives, any other recovery, backup, storage or retrieval system, DOS electronic mail or message accounts, non-DOS electronic mail or message accounts, personal electronic mail or message accounts, DOS servers, non-DOS servers, and personal servers, as well as any electronic mail or message carbon copied to agency account recipients, any electronic mail or message carbon copied to non-agency account recipients, any electronic mail or message forwarded to agency account recipients, any electronic mail or message forwarded to non-agency account recipients, and attachments to any electronic mail or message.

4.      **All records, communications or briefings created, generated, forwarded, transmitted, sent, shared, saved, received, or reviewed by any DOS official or employee that regard in any way the National Iranian American Council (NIAC),** including but not limited to any record located on backup tapes, archives, any other recovery, backup, storage or retrieval system, DOS electronic mail or message accounts, non-DOS electronic mail or message accounts, personal electronic mail or message accounts, DOS servers, non-DOS servers, and personal servers, as well as any electronic mail or message carbon copied to agency account recipients, any electronic mail or message carbon copied to non-agency account recipients, any electronic mail or message forwarded to agency account recipients, any electronic mail or message forwarded to non-agency account recipients, and attachments to any electronic mail or message.

## CONCLUSION

If this Request is denied in whole or in part, the ACLJ requests that, within the time requirements imposed by FOIA, you support all denials by reference to specific FOIA exemptions and provide any judicially required explanatory information, including but not limited to, a *Vaughn* Index.

Moreover, as explained in an accompanying memorandum, the ACLJ is entitled to expedited processing of this Request as well as a waiver of all fees associated with it. The ACLJ reserves the right to appeal a decision to withhold any information sought by this request and/or to deny the separate application for expedited processing and waiver of fees.

Thank you for your prompt consideration of this Request. Please furnish all applicable records and direct any responses to:

> Jordan Sekulow, Executive Director
> Benjamin P. Sisney, Senior Litigation Counsel 
> American Center for Law and Justice



I affirm that the foregoing request and attached documentation are true and correct to the best of my knowledge and belief.

Respectfully submitted,

Jordan Sekulow
Executive Director

Benjamin P. Sisney
Senior Litigation Counsel