# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CENTER FOR LAW AND JUSTICE,<br>201 Maryland Avenue, NE<br>Washington, DC 20002<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case Action No. 21-cv-1032<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE REQUIRED BY LCVR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:

I, the undersigned counsel of record for Plaintiff American Center for Law and Justice, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Plaintiff American Center for Law and Justice which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: April 14, 2021.　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Benjamin P. Sisney*
　　　　　　　　　　　　　　　　　　　　BENJAMIN P. SISNEY (D.C. Bar # 1044721)
　　　　　　　　　　　　　　　　　　　　THE AMERICAN CENTER FOR LAW AND JUSTICE
　　　　　　　　　　　　　　　　　　　　201 Maryland Avenue, N.E.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20002
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 546-8890
　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 546-9309
　　　　　　　　　　　　　　　　　　　　Email: bsisney@aclj.org
　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*