UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CENTER FOR LAW AND JUSTICE, <br><br> *Plaintiff,* <br><br> v. <br><br> U UNITED STATES DEPARTMENT OF STATE, <br><br> *Defendants*. | Civil Action No. 21-1032 (JEB) |

## JOINT STATUS  REPORT

Pursuant to the Court's February 6, 2023, Minute Order, Plaintiff American Center for Law and Justice ("ACLJ") and Defendant United States Department of State (the "State Department"), by and through undersigned counsel, respectfully submit this Joint Status Report.  The parties report as follows:

1.     On April 14, 2021, Plaintiff brought this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking State "records pertaining to the U.S. Department of State's knowledge and efforts surrounding the breaking story that current government officials, like former Secretary of State John Kerry, conducted shadow diplomacy with Iran and its surrogates, or even advancing pro-Iran causes, all while these officials were not members or representatives of the U.S. government."  *See* ECF 1, Compl. ¶ 8.

2.     Since the last status report, the State Department made its eleventh release of responsive material on February 22, 2023, and its twelfth release of responsive material on April 5, 2023.  The State Department will continue to provide productions of any releasable records every six weeks until processing is complete.

3.     In light of the parties cooperatively working together and the proposed processing schedule, the parties respectfully request that the Court defer the entry of a briefing schedule at this time and instead order the parties to submit a joint status report updating the Court on the status of Defendant's response to Plaintiff's FOIA request within approximately 90 days: on or before August 7, 2023.

Dated: April 27, 2023

Respectfully submitted,

/s/ *Stuart J. Roth*
Stuart J. Roth
American Center for Law & Justice
201 Maryland Avenue NE
Washington, DC 20002
202-253-0627
stuartroth1@gmail.com

MATTHEW M. GRAVES
D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/ *Benjamin Paul Sisney*
Benjamin Paul Sisney
American Center for Law & Justice
201 Maryland Avenue NE
Washington, DC 20002
(202) 546-8890
bsisney@aclj.org

/s/ *Stephanie R. Johnson*
STEPHANIE R. JOHNSON
D.C. Bar # 1632338
Assistant United States Attorney
United States Attorney's Office
Civil Division
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7874
Stephanie.Johnson5@usdoj.gov

/s/ *John A. Monaghan*
JOHN A. MONAGHAN (Bar No. VA109)
AMERICAN CENTER FOR LAW AND JUSTICE
1000 Regent University Dr., RH-422
Virginia Beach, VA 23464
Email: jmonaghan@aclj.org
Telephone: (757) 955-8171
Facsimile: (757) 226-2836

*Attorneys for Defendant*

*Attorneys for Plaintiff*

2